UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT RENE RODRIGUEZ,<br><br>   Petitioner,<br><br>  v.<br><br>CALIFORNIA DEPARTMENT OF CORRECTIONS,<br><br>   Respondent. | Case No. EDCV 08-601 DSF(JC)<br><br>ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition for Writ of Habeas Corpus by a Person in State Custody (the "Petition"), all of the records herein, and the attached Report and Recommendation of United States Magistrate Judge. The Court approves and accepts the United States Magistrate Judge's Report and Recommendation.

  IT IS ORDERED that Judgment be entered denying the Petition and dismissing this action with prejudice.

///
///
///
///

1 | IT IS FURTHER ORDERED that the Clerk serve copies of this Order, the
2 | United States Magistrate Judge's Report and Recommendation, and the Judgment
3 | herein on petitioner and counsel for respondent.
4 | LET JUDGMENT BE ENTERED ACCORDINGLY.
5 | 10/28/11
6 | DATED: _____
7 |
8 | _____
9 | HONORABLE DALE S. FISCHER
    UNITED STATES DISTRICT JUDGE