UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT RENE RODRIGUEZ, | ) Case No. EDCV 08-601 DSF(JC) |
| Petitioner, | ) JUDGMENT |
| v. | ) |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | ) |
| Respondent. | ) |

Pursuant to this Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: 10/28/11

_____
HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE